UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARRETT A. MILLER, | Case No. 2:21-cv-01443-GMN-VCF |
| Plaintiff | ORDER |
| v. | |
| ERNEST, | |
| Defendant | |

**I.   DISCUSSION**

This action began with a pro se civil-rights complaint filed under 42 U.S.C. § 1983 by a former state prisoner. But it appears that Plaintiff Jarret A. Miller is no longer at the address listed with the Court, because the Court's mail to him is being returned as undelivered. (ECF Nos. 3, 4). The Court notes that Nevada Local Rule of Practice IA 3-1, provides that as "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Miller 30 days from the date of entry of this order to file his updated address with this Court.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Miller will file an updated address with the Clerk of the Court within 30 days from the date of this order.

It is further ordered that, if Miller fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: February 11, 2022

_____
UNITED STATES MAGISTRATE JUDGE